I am in agreement with the majority opinion. I write separately to make some clarifying comments.
Lee claims title to a 40-acre tract of land, except for a 100 X 100-foot lot therein. Lee filed a suit in ejectment against Jefferson, the owner of the small lot. Jefferson's lot was the subject of previous litigation and had been described in the prior judgment.
It is clear that the lot owned by Jefferson as a result of the prior litigation is a square lot. The order of the trial court described the Jefferson lot as a parallelogram, which, having a common northeast corner, would necessarily encroach upon the property of the Lees. See appendix B. Accordingly, since this is an ejectment action, the trial court clearly erred in not recognizing the obvious encroachment.